UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-23543-CV-LENARD/TURNOFF

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

TRUMAN FORECLOSURE ASSISTANCE, LLC,
et al.,

    Defendants.

_____/

## ORDER AND RECOMMENDATION

**THIS CAUSE** is before the Court upon an Order of Referral entered by the Honorable Joan A. Lenard on December 2, 2009 **[D.E. 14]** which refers Plaintiff's Motion for Preliminary Injunction **[D.E. 2]** to the undersigned.

A status conference took place on Friday, January 8, 2010. Present in Court were Defendants Eli Hertz, Benzion Jack Itzkowitz and Richard Zafrani ("Individual Defendants"). The Court notes that only Mr. Zafrani is represented by counsel. None of the corporate Defendants — Truman Foreclosure Assistance, LLC, Truman Mitigation Services, Inc., and Franklin Financial Group, LLC. – appeared at the status conference.

At the status conference, the parties advised the Court that they had reached agreement as to the Individual Defendants. Consistent with the above and foregoing and the Court's instructions, it is hereby **ORDERED AND ADJUDGED** that the Government shall draft a proposed order that memorializes the agreement between the parties and shall submit same for the Court's review by close of business on January 20, 2010. The undersigned shall enter a Report and Recommendation

upon receipt and review of same.

In the interim, the Individual Defendants shall comply with the terms of the agreement, as summarized in open Court, including, but not limited to the ceasing and desisting of all relevant activities as delineated in the Complaint [D.E. 1] and the instant Motion [D.E. 2].

## RECOMMENDATION

As noted above, the three (3) corporate Defendants failed to appear for the status conference. Likewise, they have not responded to the Complaint [D.E. 1], the instant Motion [D.E. 2], or any of the other filings in this case. Accordingly, the factual allegations and legal proffers made by the Government against these three (3) corporate entities remain unopposed and undisputed.

The Court also notes that there is a Motion for Clerk's Default [D.E. 29] currently pending as to these three (3) entities. [D.E. 29].

Consistent with the above and foregoing, it is hereby **RESPECTFULLY RECOMMENDED** that the relief requested in the Complaint for Permanent Injunction [D.E. 1], and the simultaneously filed Motion for Preliminary Injunction [D.E. 2 ] be **GRANTED** as to the above-noted corporate entities.

Pursuant to Local Magistrate Rule 4 (b), the parties have fourteen (14) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable Joan A. Lenard, United States District Court Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F. 2d 745 (11th Cir. 1998); cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F. 2d 1144, 1149 (11th Cir. 1993).

**RESPECTFULLY RECOMMENDED** in Chambers at Miami, Florida on this _____ day of January 2010.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Joan A. Lenard
    Counsel of Record