UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23543-CIV-LENARD/TURNOFF

**FEDERAL TRADE COMMISSION**,

    Plaintiff,
vs.

**TRUMAN FORECLOSURE ASSISTANCE, LLC, TRUMAN MITIGATION SERVICES, LLC, FRANKLIN FINANCIAL GROUP US LLC, ELI HERTZ, BENZION JACK ITZKOWITZ,** and **RICHARD ZAFRANI,**

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 62) AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST CORPORATE DEFENDANTS (D.E. 42)

**THIS CAUSE** is before the Court on Plaintiff Federal Trade Commission's ("FTC") Motion for Entry of Default Judgment ("Motion," D.E. 42), filed on January 21, 2010. Plaintiff's Motion seeks final default judgment against the corporate defendants Truman Foreclosure Assistance, LLC, Truman Mitigation Services, LLC, and Franklin Financial Group US, LLC ("Corporate Defendants"). On March 16, 2010, the FTC's Motion was referred to Magistrate Judge William C. Turnoff, who in turn held a hearing on April 16, 2010. (See D.E. 55, 61.) On April 21, 2010, the Magistrate Judge issued his Report and Recommendation ("Report," D.E. 62), recommending the Court grant Plaintiff's Motion.

As of the date of this Order, no response has been filed to the FTC's Motion, nor have any objections been filed to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See <u>Resolution Trust Corp. v. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993)  Having reviewed the aforementioned pleadings, along with the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's April 21, 2010, Report and Recommendation (D.E. 62), is **ADOPTED**;

2. Consistent with this Order, Plaintiff's Motion for Entry of Default Judgment as to Defendants Truman Foreclosure Assistance, LLC, Truman Mitigation Services, LLC, and Franklin Financial Group US, LLC (D.E. 42), filed on January 21, 2010, is **GRANTED**. A separate order entering the FTC's proposed permanent injunction shall be forthcoming;

3. Default judgment is entered against Defendants Truman Foreclosure Assistance, LLC, Truman Mitigation Services, LLC, and Franklin Financial Group US, LLC, jointly and severally, in the total amount of $1,804,019.35, with interested computed at the rate prescribed by 28 U.S.C. § 1961(c), for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of May, 2010.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**